THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDINAJIB ALI,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; LAURA HERMOSILLO, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>　　　　Respondents. | No. 26-cv-0073-MLP<br><br>**(PROPOSED)** ORDER TO EXTEND REPLY DEADLINE |

　　THE COURT has considered Petitioner Abdinajib Ali's stipulated motion to extend the deadline for his Reply.

　　IT IS ORDERED that Petitioner's deadline to file his Reply is extended to January 30, 2026.

　　DATED this 27th day of January, 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Alan Zarky
Staff Attorney
Federal Public Defender Office

ORDER EXTENDING REPLY DEADLINE
(*Ali v. Bondi, et al.*) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100